JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS MILUSNIC, Warden, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03973-JLS-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 5, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE